| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Arguello, Christine M. | 2. Court or Organization<br><br>District of Colorado | 3. Date of Report<br><br>05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th St., A638
Denver, CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Center for Legal Inclusiveness - Volunteer |
| 2. | Founder and Advisory Council Member | Law School...Si Se Puede - Volunteer |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Matthew Bender & Co., Inc. - Royalty Income from book - Evidence: The Objection Method | $1,823.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Public Employees' Retirement Association |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hispanic National Bar Association | 03/18/2015-03/21/2015 | San Antonio, TX | Mid-Year Conference Presentation on Law School Pipeline Program | Lodging, travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arguello, Christine M.** | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AES Student Loan | Co-signor on student loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Property #2, Arvada, CO | C | Rent | | | Sold | 03/31/15 | N | E | |
| 2. Chase Bank Accounts | | None | | | Closed | 01/15/15 | J | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. First Bank | A | Interest | J | T | | | | | |
| 5. Bank of the West | A | Interest | J | T | | | | | |
| 6. MetLife Trust Interests (MET) | A | Dividend | J | T | | | | | |
| 7. ALARX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 8. ALARX | | None | J | T | Sold (part) | 11/09/15 | J | A | |
| 9. DBLTX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 10. DBLTX | | None | J | T | Sold (part) | 11/09/15 | J | A | |
| 11. DGAGX | A | Dividend | | | Sold (part) | 01/23/15 | J | A | |
| 12. DGAGX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 13. DGAGX | | None | | | Sold | 12/18/15 | J | A | |
| 14. EGOIX | | None | J | T | Buy | 12/18/15 | J | | |
| 15. EIHMX | A | Dividend | J | T | Sold (part) | 11/09/15 | J | A | |
| 16. GHYYX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 17. GHYYX | | None | | | Sold (part) | 11/09/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HGOIX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 19. HGOIX | | None | | | Sold (part) | 11/09/15 | J | B | |
| 20. JCVIX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 21. JCVIX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 22. LMNOX | | None | J | T | Sold (part) | 01/23/15 | J | A | |
| 23. LMNOX | | None | | | Sold (part) | 11/09/15 | J | B | |
| 24. LSIIX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 25. LSIIX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 26. MERFX | | None | | | Sold (part) | 01/23/15 | J | A | |
| 27. MERFX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 28. MERFX | | None | | | Sold | 12/18/15 | J | A | |
| 29. MHYIX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 30. MHYIX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 31. MWTIX | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 32. MWTIX | | None | | | Buy (add'l) | 12/18/15 | J | | |
| 33. MWTIX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 34. OSTIX | | None | | | Sold (part) | 01/23/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | OSTIX | | None | | | Sold | 01/29/15 | J | A | |
| 36. | OYRDX | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 37. | OYRDX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 38. | PARSX | | None | | | Sold | 04/09/15 | J | A | |
| 39. | PSGIX | A | Dividend | J | T | Buy | 04/09/15 | J | | |
| 40. | PSGIX | | None | | | Sold (part) | 11/09/15 | J | A | |
| 41. | YACKX | | None | | | Sold (part) | 01/23/15 | J | A | |
| 42. | YACKZ | | None | | | Sold | 10/28/15 | J | A | |
| 43. | OIFIX | A | Dividend | J | T | | | | | |
| 44. | OIFIX | | None | J | T | Buy (add'l) | 04/21/15 | J | | |
| 45. | OIIEX | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 46. | OILGX | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 47. | OILVX | A | Dividend | J | T | | | | | |
| 48. | OISGX | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 49. | OISVX | A | Dividend | J | T | | | | | |
| 50. | Jackson Natl Life Ins Co Perspective II - JNL/Mellon Capital JNL 5 | A | Dividend | J | T | | | | | |
| 51. | Jackson Natl Life Ins Co Perspective II - JNL/Mellon Capital S&P 24 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Metlife Invs Ins Prods L Share Variable Annuity - Asset Alloc 80 Portf | A | Dividend | J | T | | | | | |
| 53. Nationwide Life Ins Co Destination B VA - NW Nvit Cardinal Capapp ii | A | Dividend | L | T | | | | | |
| 54. Nationwide Life Ins Co Destination B VA - NW Nvit Inv Dest Capapp ii | A | Dividend | L | T | | | | | |
| 55. ECL | A | Dividend | J | T | | | | | |
| 56. JP Morgan US GOV MMF* | A | Dividend | J | T | | | | | |
| 57. JP Morgan US GOV MMF* | C | Distribution | J | T | Sold (part) | 01/26/15 | J | A | |
| 58. JP Morgan US GOV MMF* | D | Distribution | J | T | Sold (part) | 01/28/15 | J | A | |
| 59. JP Morgan US GOV MMF* | E | Distribution | J | T | Sold (part) | 11/13/15 | K | A | |
| 60. PIP | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1: Property purchased on 4/8/2011 for $260,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christine M. Arguello**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544